**Raymond THOMAS, Petitioner-Appellant,**

v.

**WARDEN OF FCI-EDGEFIELD, Respondent-Appellee.**

No. 17-7401

United States Court of Appeals, Fourth Circuit.

Submitted: January 30, 2018

Decided: February 2, 2018

Raymond Thomas, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond Thomas, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Thomas' 28 U.S.C. § 2241 (2012) petition. Thomas' objections were sufficient to preserve appellate review, but we nonetheless affirm for the reasons stated by the magistrate judge. *Thomas v. Warden*, No. 1:16-cv-03928-RMG, 2017 WL 4481160 (D.S.C. Sept. 20, 2017). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*